SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15157
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMSARA INVESTMENTS LLC SERIES 4,<br><br>Plaintiff,<br><br>v.<br><br>THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; CARRINGTON MORTGAGE SERVICES, LLC; ROE BUSINESS ENTITIES I THROUGH X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01859-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Carrington Mortgage Services, LLC (**Carrington**) and plaintiff Samsara Investments LLC Series 4 stipulate that Carrington shall have up to and including April 24, 2025, to file its responsive pleading in this matter. The current deadline is April 10, 2025. Good cause exists to grant the requested extension, as lead counsel for Carrington had a serious family medical emergency, which inhibited his ability to complete the response in a timely fashion.

. . .

. . .

. . .

{80904638;1}

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED April 9, 2025.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Scott R. Lachman<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15157<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Carrington Mortgage Services, LLC* | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, NV 89139<br><br>*Attorney for Samsara Investments LLC Series 4* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 10, 2025