SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
REEM BLAIK
Assistant United States Attorney
Nevada Bar No. 16386
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6297
Facsimile: 702-388-6530
Reem.Blaik@usdoj.gov
*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Samsara Investments LLC Series 4, <br><br> Plaintiff, <br><br> v. <br><br> The Department of Housing and Urban Development; Carrington Mortgage Services, LLC; Roe Business Entities I through X, inclusive, <br><br> Defendants. | Case No.  2:24-cv-01859-JCM-EJY <br><br> **Stipulated Status Report, Notice of Settlement, and Request for Stay** |

Pursuant to ECF No. 30, Samsara Investments LLC Series 4 ("Plaintiff") and the Department of Housing and Urban Development ("HUD" or "Federal Defendant") (collectively the "Parties") provide the following status report, notice of settlement, and request for a stay:

1.      On February 26, 2025, the Parties submitted a stipulation, advising the Court that the Parties reached an agreement in principle to settle this matter. (ECF No. 20).

2.      On February 26, 2025, the Court granted this stipulation. (ECF No. 21).

3.      On March 12, 2025, Samsara amended its complaint to add an additional party, Carrington Mortgage Services, LLC, and to add additional allegations concerning HUD. (ECF No. 22).

4. On March 26, 2025, HUD filed a motion to dismiss Samsara's first amended complaint. (ECF No. 28.)

5. On April 7, 2025, the Parties informed the Court that they were finalizing a settlement agreement and requested a stay. (ECF No. 29).

6. On April 9, 2025, the Court stayed Plaintiff's deadline to respond to HUD's motion to dismiss, and HUD's reply in support of its motion to dismiss, requesting a status update on June 9, 2025. (ECF No. 30).

7. On June 4, 2025, the Parties fully executed a settlement agreement. The settlement agreement is contingent upon Plaintiff's sale of the subject property, but Plaintiff intends to pay the settlement amount prior to such time and requires 30 extra days to do so.

8. Based on the above, the Parties respectfully request that the Court set a date in 30 days from the date this stipulation is granted (if so ordered by the Court), by which the Parties shall file either (i) a stipulation to dismiss HUD from this action, each party to bear its own attorney's fees and costs, or (ii) a joint status report concerning settlement.

Respectfully submitted this 9th day of June 2025.

| | |
|---|---|
| **SIGAL CHATTAH**<br>United States Attorney | **HANKS LAW GROUP** |
| /s/ Reem Blaik | /s/ Karen L. Hanks |
| REEM BLAIK<br>Assistant United States Attorney<br>*Attorneys for Federal Defendant* | KAREN L. HANKS<br>Attorney<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

DATE: June 16, 2025 _____

UNITED STATES DISTRICT JUDGE

2