KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for Samsara Investments LLC Series 4*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMSARA INVESTMENTS LLC SERIES 4,<br><br>Plaintiff,<br><br>vs.<br><br>THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; CARRINGTON MORTGAGE SERVICES, LLC; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:24-cv-01859-JCM-EJY<br><br>**JOINT NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL** |

Plaintiff, Samsara Investments LLC Series 4, ("Plaintiff") and Federal Defendant, the United States Department of Housing and Urban Development ("HUD") (collectively, the "Parties") hereby stipulate and agree that all claims by and between Plaintiff and HUD shall be voluntarily dismissed with prejudice, and that HUD shall be dismissed as a party to the above-captioned action. Each side shall bear its own litigation fees and attorneys' costs. This stipulation is filed in good faith, as the Parties have informally resolved this matter by and between themselves.

**IT IS SO STIPULATED AND AGREED.**

Dated this 16th day of July, 2025.                Dated this 16th day of July, 2025.

**SIGAL CHATTAH**                    **HANKS LAW GROUP**
United States Attorney

*/s/ Reem Blaik*                       */s/ Karen L. Hanks*
REEM BLAIK                          KAREN L. HANKS
Assistant United States Attorney              Attorney

*Attorneys for HUD*                   *Attorneys for Plaintiff*

- 1 -

**ORDER**

Pursuant to the Parties' Joint Notice and Stipulation of Voluntary Dismissal, the United States Department of Housing and Urban Development is DISMISSED WITH PREJUDICE and the Clerk is directed to dismiss said defendant from this case.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 18, 2025