KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for Samsara Investments LLC Series 4*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMSARA INVESTMENTS LLC SERIES 4,<br><br>Plaintiff,<br><br>vs.<br><br>THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; CARRINGTON MORTGAGE SERVICES, LLC; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01859-JCM-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff, Samsara Investments LLC Series 4, ("Plaintiff") and Carrington Mortgage Services, LLC ("Carrington") (collectively, the "Parties") hereby stipulate and agree that all claims by and between Plaintiff and Carrington shall be dismissed with prejudice, with each side bearing its own attorney's fees and costs. This stipulation is filed in good faith, as the Parties have informally resolved this matter by and between themselves.

**IT IS SO STIPULATED AND AGREED.**

Dated this 14th day of August, 2025.            Dated this 14th day of August, 2025.

**AKERMAN LLP**                                                **HANKS LAW GROUP**

*/s/ Scott Lachman*
SCOTT LACHMAN                                          */s/ Karen L. Hanks*
Attorney                                                              KAREN L. HANKS
                                                                              Attorney
*Attorneys for Carrington Mortgage
Services, LLC*                                                   *Attorneys for Plaintiff*

- 1 -

**ORDER**

Pursuant to the Parties' Stipulation and Order of Dismissal, Carrington Mortgage Services, LLC is DISMISSED WITH PREJUDICE, each side to bear their own fees and costs, and the Clerk is directed to dismiss said defendant from this case.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 15, 2025